PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

JUL 1 0 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VIDAL ANGEL VELASCO <br> TERRY LEE WALLACE <br> DARCI EILEEN EIGDERSON <br> CARLOS PEREZ <br> PA NHIAG VANG aka LINDA VANG, <br><br> Defendants. | CASE NO. 1:17- MJ-00108 EPG <br><br> ORDER TO UNSEAL COMPLAINT |

It is hereby ORDERED that the complaint in the above-captioned case is UNSEALED.

Dated: July 10, 2017

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL

1